# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:25-cv-05625-LMM
## TV Tokyo Corporation v. A Lot Mall et al
## Honorable Leigh Martin May

Minute Sheet for proceedings held In Open Court on 10/28/2025 via Zoom.

TIME COURT COMMENCED: 2:01 P.M.
TIME COURT CONCLUDED: 2:12 P.M.  COURT REPORTER: Montrell Vann
TIME IN COURT: 00:11  DEPUTY CLERK: Brittany Poley
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | David Lilenfeld representing TV Tokyo Corporation |
| | Abby Neu representing TV Tokyo Corporation |
| OTHER(S) PRESENT: | Mr. Peng on behalf of Defendant Kaioland |
| PROCEEDING CATEGORY: | Motion Hearing (Motion Hearing Non-evidentiary) |
| MINUTE TEXT: | All Defendants except for Kaioland failed to appear for the hearing. Counsel for Plaintiff advised the Court that all Defendants were served. The Court gave the individual attempting to appear on behalf of Kaioland 21 days to obtain an attorney and extended the TRO as to Kaioland. As to the other Defendants, the Court will issue a preliminary injunction order. |
| HEARING STATUS: | Hearing Concluded |