IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TV TOKYO CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>A LOT MALL, et al.,<br><br>    Defendants. | Civil Action No. 1:25-cv-5625-LMM |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendant identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| uniqueplace-usa | 84 |

Each party shall bear their own attorney's fees and costs. Defendant has not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Dated: November 4, 2025   Respectfully submitted,

           <u>*/s/ David M. Lilenfeld*</u>
           David M. Lilenfeld
           Georgia Bar No. 45299
           **WHITEWOOD LAW PLLC**
           5555 Glenridge Connector, Suite 200
           Atlanta, GA 30342
           Telephone: (404) 663-3349
           Email: david@whitewoodlaw.com

           *Counsel for Plaintiff*