# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

TV TOKYO CORPORATION,

**PLAINTIFF**

**V.**                                                    **CIVIAL ACTION NO.:**
                                                           **1:25-cv-05625-AT**

A LOT MALL, AKIBAMARKET,
ANIBIU, ANIME HOUSE,
ANIME STREET STYLE,
ANIMECOSBOX, ANIMEDWARF,
ANIMEE COSPLAY, ANIMEFWIW,
ANIMESTICKERY, CIRCUMTOY,
COODEALS, COSGAGET.COM,
COSPLAY SHOP, COSPLAYNOW,
COSPLAYWHO.COM, COSWIGSHOP,
CRAZYMONK, CRYPTIZEN,
CUSTOMIZATION TREND,
CUSTOMSPIG, DAMBIE THE ANIME
SHOP, DASHIKI TREND,
DOVESTYLISH, DRAGON BALL
STORE, EZOVOZE, FANDOMANIAX,
FINALKEYSTUDIO, FOX
ECOMMERCE, FOXTUME, FRAOOP,
FUNKYTSHIRT, FYLZGO SIGNS, GL
CANVAS PRINT ART, GO2COSPLAY,
HALLOWITCHCOSTUMES,
HANDDEALS, HBMC, HHOODIE,
ILOGO, ITACHI SHOP, KAIOLAND,
LILOTEE, LUSYSTORE, MAGIC
WARDROBES, MICCOSTUMES,
OEPPEO, OVA VENTURE,
POPGOODZ, PUPPY PRINTY,
REDRAVENSTORE, RIZZ
COSTUMES, ROCKARD HOME,
ROLECOSPLAY, SANYMUCOS.COM,
SHEINCOSPLAY, SHERATEEN,

SIRIUSFIGURE, SOCKATIVE,
SPEEDCOSPLAY, SPICEUPSTUDIO,
SUPREME RABBIT, TAG BREAKER,
TEASHIRTHUT, TEEINBOX, THE
TODDLER KIDS, THEGIFTIO,
TIKTOKCOSPLAY, TOPWEAR,
TSHIRTSOPEDIA, URBAN WILD
STORE, WEXHOME,
WINKCOSPLAY,
WONDERLANDCASE, YCOSPLAY,
YESWEFOLLOW, YIYISTORIES,
ZENTAIHERO, ZUIHANG SHOP,
DARK STAR ONE, GUQIQI,
MAGICAL.SHOP, RAREWAVES-
IMPORTS, UNIQUEPLACE-USA,
BAIYIBAO, IFUSION,
JINYUNTENGSHANGMAO,
KDCHAOW, KIONALDA CO. LTD,
NICE MAKET FOR YOU, SOPLAY
CO. LTD, CARTOON DREAM HOUSE,
CARTOON FUN CLUB, DOONTB, LJP
SHOP, LOVE CTNS, LUCKY
DECORATE SIGN, ONLINE SHOPY,
TOOHOT, WJL CASE,
BABYSLEEPBETTER, COSPLAY
CLANS, DIECAST TOYZ SG,
SEAKOFF, THE-ACTIONFACTION,
and THESOULEDHUMAN,

**DEFENDANTS**

---

## CERTIFIATE OF SERVICE

I hereby certify that I have this day served upon Plaintiff's Counsel of Record,

the forgoing, Defendant Kaioland's Motion for Extension To Respond To Plaintiff's

Complaint, via this Court's  CM/ECF system.

Respectfully submitted this 14th day of November, 2025.

**Luxwell Law**


*/s/ Jerome Lucas Newell*
Jerome Lucas Newell, Esq.
Georgia Bar No. 429837
Attorney for Defendant
KAIOLAND

2310 Parklake Drive Suite 440
Atlanta, GA 30345
JeromeLucasNewell@LuxwellLaw.com
(470) 707-7020