# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

TV TOKYO CORPORATION,

**PLAINTIFF**

V.

A LOT MALL, AKIBAMARKET, ANIBIU, ANIME HOUSE, ANIME STREET STYLE, ANIMECOSBOX, ANIMEDWARF, ANIMEE COSPLAY, ANIMEFWIW, ANIMESTICKERY, CIRCUMTOY, COODEALS, COSGAGET.COM, COSPLAY SHOP, COSPLAYNOW, COSPLAYWHO.COM, COSWIGSHOP, CRAZYMONK, CRYPTIZEN, CUSTOMIZATION TREND, CUSTOMSPIG, DAMBIE THE ANIME SHOP, DASHIKI TREND, DOVESTYLISH, DRAGON BALL STORE, EZOVOZE, FANDOMANIAX, FINALKEYSTUDIO, FOX ECOMMERCE, FOXTUME, FRAOOP, FUNKYTSHIRT, FYLZGO SIGNS, GL CANVAS PRINT ART, GO2COSPLAY, HALLOWITCHCOSTUMES, HANDDEALS, HBMC, HHOODIE, ILOGO, ITACHI SHOP, KAIOLAND, LILOTEE, LUSYSTORE, MAGIC WARDROBES, MICCOSTUMES, OEPPEO, OVA VENTURE, POPGOODZ, PUPPY PRINTY, REDRAVENSTORE, RIZZ COSTUMES, ROCKARD HOME, ROLECOSPLAY, SANYMUCOS.COM, SHEINCOSPLAY, SHERATEEN,

CIVIAL ACTION NO.:
1:25-cv-05625-AT

SIRIUSFIGURE, SOCKATIVE, SPEEDCOSPLAY, SPICEUPSTUDIO, SUPREME RABBIT, TAG BREAKER, TEASHIRTHUT, TEEINBOX, THE TODDLER KIDS, THEGIFTIO, TIKTOKCOSPLAY, TOPWEAR, TSHIRTSOPEDIA, URBAN WILD STORE, WEXHOME, WINKCOSPLAY, WONDERLANDCASE, YCOSPLAY, YESWEFOLLOW, YIYISTORIES, ZENTAIHERO, ZUIHANG SHOP, DARK STAR ONE, GUQIQI, MAGICAL.SHOP, RAREWAVES-IMPORTS, UNIQUEPLACE-USA, BAIYIBAO, IFUSION, JINYUNTENGSHANGMAO, KDCHAOW, KIONALDA CO. LTD, NICE MAKET FOR YOU, SOPLAY CO. LTD, CARTOON DREAM HOUSE, CARTOON FUN CLUB, DOONTB, LJP SHOP, LOVE CTNS, LUCKY DECORATE SIGN, ONLINE SHOPY, TOOHOT, WJL CASE, BABYSLEEPBETTER, COSPLAY CLANS, DIECAST TOYZ SG, SEAKOFF, THE-ACTIONFACTION, and THESOULEDHUMAN,

**DEFENDANTS**

---

## NOTICE OF APPEARNCE, DEFENDANT KAIOLAND

Please take notice that Jerome Lucas Newell**,** of Luxwell Law, hereby enters his appearance as counsel of record for Defendant KAIOLAND, in the above-captioned action.

All future pleadings, orders, and correspondence should be directed to the undersigned at the address and contact information listed in the signature block below.

Respectfully submitted this 14th day of November, 2025.

**Luxwell Law**

*/s/ Jerome Lucas Newell*
Jerome Lucas Newell, Esq.
Georgia Bar No. 429837
Attorney for Defendant
KAIOLAND

2310 Parklake Drive Suite 440
Atlanta, GA 30345
JeromeLucasNewell@LuxwellLaw.com
(470) 707-7020