# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TV TOKYO CORP., <br><br> Plaintiff, <br><br> v. <br><br> A LOT MALL et al., <br><br> Defendants. | Civil Action No. 25-cv-5625-LMM |

## CONSENT MOTION FOR EXTENSION OF TIME

Plaintiff respectfully moves this Court for an additional fourteen (14) days to reply to Defendant Kaioland's Motion to Dismiss (Dkt. 34), filed November 21, 2025. This would move Plaintiff's deadline to respond to the motion from December 5 to December 19.

Defendant Kaioland consents to this Motion. As additional grounds for this relief, Plaintiff notes that it would make a more informed reply to the motion once responses to discovery, which Plaintiff recently propounded, are received.

Given the number of Parties in this case, this extension will not delay the case.

Dated: December 3, 2025        Respectfully submitted,

                                             */s/ David M. Lilenfeld*
                                             David M. Lilenfeld
                                             Georgia Bar No. 45299
                                             **WHITEWOOD LAW PLLC**
                                             5555 Glenridge Connector, Suite 200

Atlanta, Ga. 30342
Telephone: (917) 858-8018
Email: david@whitewoodlaw.com


Abby Neu, *pro hac vice pending*
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: aneu@whitewoodlaw.com

*Counsel for Plaintiff*