IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TV TOKYO CORPORATION,

       Plaintiff,

      v.

A LOT MALL, et al.,

       Defendants.

Civil Action No. 1:25-cv-05625-LMM

## **NOTICE OF APPEARANCE**

To:  The Clerk of Court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for defendant HHOODIE.

Dated:  December 15, 2025.

/s/ *Abena K. Abayomi-Rogers*
Abena K. Abayomi-Rogers
Georgia Bar No. 315161
ICEE Law, LLC
1445 Woodmont Ln, NW
Suite 3362
Atlanta, GA 30318
Tel. (470) 574-0529
Email: CourtComms@ICEELaw.com

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing pleading complies with this Court's rules concerning typographical presentation in that it is set in 14-point Times New Roman font.

*/s/ Abena K. Abayomi-Rogers*
Abena K. Abayomi-Rogers

# CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2025, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Abena K. Abayomi-Rogers*
Abena K. Abayomi-Rogers