IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TV TOKYO CORP., <br><br> Plaintiff, <br><br> v. <br><br> A LOT MALL et al., <br><br> Defendants. | Civil Action No. 25-cv-5625-LMM |

**PLAINTIFF'S REQUEST TO CLERK FOR ENTRY OF DEFAULT**

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, TV Tokyo Corporation ("Plaintiff") requests entry of default by the Clerk of Court against the Defendants listed in Schedule A hereto.

Rule 55(a) of the Federal Rules of Civil Procedure provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

On October 2, 2025, the Court authorized Plaintiff to serve Defendants with process by electronic means. Order [Dkt. 11]. After obtaining email addresses from the third-party providers, Plaintiff served Defendants electronically on October 20, 2025. Affidavit of Service, ¶2 [Dkt. 18]. Answers were due twenty-one (21) days from the date of service, making them due November 12, 2025. Fed. R. Civ. P.

12(a)(1)(A)(i). As of the date of this Request, none of the Defendants on Schedule A hereto have filed or served an answer or otherwise appeared in this case. Lilenfeld Decl., ¶3, filed herewith. Therefore, the Clerk is respectfully requested to enter default for each and every Defendant listed in Schedule A attached hereto. Fed. R. Civ. P. 55(a).

Dated: December 17, 2025

Respectfully submitted,

/s/ David M. Lilenfeld
David M. Lilenfeld
Georgia Bar No. 45299
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (917) 858-8018
Email: david@whitewoodlaw.com

*Counsel for Plaintiff*

Abby Neu, *pro hac vice*
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*