# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TV TOKYO CORPORATION, | |
| Plaintiff, | Civil Action No. 1:25-cv-5625-LMM |
| v. | |
| A LOT MALL, et al., | |
| Defendants. | |

## Schedule A

| Doe # | Defendant Seller Name |
|---|---|
| 1 | A Lot Mall |
| 2 | akibamarket |
| 3 | Anibiu |
| 4 | Anime House |
| 5 | Anime Street Style |
| 6 | Animecosbox |
| 7 | AnimeDwarf |
| 8 | Animee Cosplay |
| 9 | animefwiw |
| 10 | animestickery |
| 11 | CircumToy |
| 12 | Coodeals |
| 13 | Cosgaget.com |
| 14 | Cosplay Shop |
| 15 | cosplaynow |
| 16 | cosplaywho.com |
| 17 | coswigshop |
| 18 | CrazyMonk |
| 19 | Cryptizen |
| 20 | Customization Trend |

| Doe # | Defendant Seller Name |
|---|---|
| 21 | CustomsPig |
| 22 | Dambie the Anime Shop |
| 23 | Dashiki Trend |
| 24 | Dovestylish |
| 25 | Dragon Ball Store |
| 26 | Ezovoze |
| 27 | fandomaniax |
| 28 | finalkeystudio |
| 29 | Fox Ecommerce |
| 30 | foxtume |
| 31 | fraoop |
| 32 | funkytshirt |
| 33 | FYLZGO SIGNS |
| 34 | GL Canvas Print Art |
| 35 | Go2Cosplay |
| 36 | hallowitchcostumes |
| 37 | Handdeals |
| 38 | hbmc |
| * | EXCEPTED |
| 40 | ilogo |
| 41 | ITACHI SHOP |
| * | EXCEPTED |
| 43 | Lilotee |
| 44 | lusystore |
| 45 | Magic Wardrobes |
| 46 | miccostumes |
| 47 | OEPPEO |
| 48 | Ova Venture |
| 49 | PopGoodz |
| 50 | Puppy Printy |
| 51 | redravenstore |
| 52 | Rizz Costumes |
| 53 | Rockard Home |
| 54 | RoleCosplay |

| Doe # | Defendant Seller Name |
|---|---|
| 55 | SanyMuCos.com |
| 56 | SheinCosplay |
| 57 | Sherateen |
| 58 | siriusfigure |
| 59 | sockative |
| 60 | speedcosplay |
| 61 | spiceupstudio |
| 62 | Supreme Rabbit |
| 63 | TAG BREAKER |
| 64 | teashirthut |
| 65 | Teeinbox |
| 66 | The Toddler Kids |
| 67 | Thegiftio |
| 68 | tiktokcosplay |
| 69 | topwear |
| 70 | Tshirtsopedia |
| 71 | Urban Wild Store |
| 72 | wexhome |
| 73 | Winkcosplay |
| 74 | WonderlandCase |
| 75 | Ycosplay |
| 76 | Yeswefollow |
| 77 | YIYISTORIES |
| 78 | ZentaiHero |
| 79 | ZUIHANG SHOP |
| 80 | DARK STAR ONE |
| 81 | guqiqi |
| 82 | Magical.shop |
| * | DISMISSED |
| * | DISMISSED |
| 85 | baiyibao |
| 86 | Ifusion |
| 87 | jinyuntengshangmao |
| 88 | kdchaow |

| Doe # | Defendant Seller Name |
|---|---|
| 89 | Kionalda Co. ltd |
| 90 | nice maket for you |
| 91 | Soplay Co. ltd |
| 92 | CARTOON DREAM HOUSE |
| 93 | CARTOON FUN CLUB |
| 94 | DOONTB |
| 95 | LJP Shop |
| 96 | LOVE CTNS |
| 97 | Lucky Decorate sign |
| 98 | Online Shopy |
| 99 | TOOHOT |
| 100 | WJL Case |
| 101 | babysleepbetter |
| 102 | Cosplay Clans |
| 103 | Diecast Toyz SG |
| 104 | seakoff |
| 105 | the-actionfaction |
| 106 | TheSouledHuman |

| Doe # | Defendant Online Marketplace URL |
|---|---|
| 1 | https://www.alotmall.com |
| 2 | https://akibamarket.com |
| 3 | https://www.anibiu.com |
| 4 | https://www.animehouse.co.nz |
| 5 | https://www.animestreetstyle.com |
| 6 | https://www.animecosbox.com |
| 7 | https://animedwarf.com |
| 8 | https://www.animee-cosplay.com |
| 9 | https://www.animefwiw.com |
| 10 | https://www.animestickery.com |
| 11 | https://www.circumtoy.com/ |

| Doe # | Defendant Online Marketplace URL |
|---|---|
| 12 | https://www.coodeals.com |
| 13 | https://cosgaget.com |
| 14 | https://www.cosplayshop.net |
| 15 | https://www.cosplaynow.com/ |
| 16 | https://cosplaywho.com |
| 17 | https://www.coswigshop.com |
| 18 | https://crazymonk.in |
| 19 | https://cryptizen.io |
| 20 | https://customizationtrend.com |
| 21 | https://customspig.com |
| 22 | https://dambieshop.com |
| 23 | https://www.dashikitrend.com |
| 24 | https://dovestylish.com |
| 25 | https://dragonball.store |
| 26 | https://ezovoze.com |
| 27 | https://fandomaniax-holidays.com |
| 28 | https://finalkeystudio.com |
| 29 | https://foxecommerce.co |
| 30 | https://www.foxtume.com |
| 31 | https://fraoop.com |
| 32 | https://funkytshirt.net/ |
| 33 | https://www.lz-go.com |
| 34 | https://glcanvasprints.com |
| 35 | https://go2cosplay.com |
| 36 | https://www.hallowitchcostumes.com |
| 37 | https://www.handdeals.com |
| 38 | https://www.hbmccostume.com/ |
| * | EXCEPTED |
| 40 | https://ilogo.in |
| 41 | https://itachi.shop |
| * | EXCEPTED |
| 43 | https://lilotee.com |
| 44 | https://www.lusystore.com/ |
| 45 | https://www.magicwardrobes.com |

| Doe # | Defendant Online Marketplace URL |
|---|---|
| 46 | https://www.miccostumes.com |
| 47 | https://www.oeppeo.com |
| 48 | https://ovaventure.com/ |
| 49 | https://popgoodz.net |
| 50 | https://puppyprinty.com |
| 51 | https://redravenstore.in |
| 52 | https://www.rizzcostumes.com |
| 53 | https://rockardhome.com |
| 54 | https://www.rolecosplay.com |
| 55 | https://sanymucos.com |
| 56 | https://www.sheincosplay.com |
| 57 | https://sherateen.com |
| 58 | https://siriusfigure.com |
| 59 | https://sockative.com |
| 60 | https://www.speedcosplay.com |
| 61 | https://www.spiceupstudio.com |
| 62 | https://supremerabbit.com |
| 63 | https://tagbreaker.com |
| 64 | https://teashirthut.com |
| 65 | https://www.teeinbox.com |
| 66 | https://www.thetoddlerkids.com |
| 67 | https://www.thegiftio.com |
| 68 | https://www.tiktokcosplay.com |
| 69 | https://topwear.shop/ |
| 70 | https://tshirtsopedia.com |
| 71 | https://urbanwildstore.com |
| 72 | https://www.wexhome.com |
| 73 | https://www.winkcosplay.com |
| 74 | https://wonderlandcase.com |
| 75 | https://ycosplay.com |
| 76 | https://yeswefollow.com |
| 77 | https://www.yiyistories.com |
| 78 | https://www.zentaihero.com |
| 79 | https://igtr.store |

| Doe # | Defendant Online Marketplace URL |
|---|---|
| 80 | https://www.amazon.com/sp?ie=UTF8&seller=AN3YHE431IQQE&asin=B09XDHR57H&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 81 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3O4Z77NWI8YB5&asin=B0CTH85J4R&ref_=dp_merchant_link |
| 82 | https://www.amazon.com/sp?ie=UTF8&seller=A3JMS0WJQ3IY59&asin=B0BD2CDPNX&ref_=dp_merchant_link |
| * | DISMISSED |
| * | DISMISSED |
| 85 | https://www.walmart.com/seller/101345423 |
| 86 | https://www.walmart.com/seller/101512815 |
| 87 | https://www.walmart.com/seller/102621622 |
| 88 | https://www.walmart.com/global/seller/102479786 |
| 89 | https://www.walmart.com/seller/101076751 |
| 90 | https://www.walmart.com/seller/102621662 |
| 91 | https://www.walmart.com/seller/101133092 |
| 92 | https://www.temu.com/cartoon-dream-house-m-634418216219184.html |
| 93 | https://www.temu.com/cartoon-fun-club-m-634418216219395.html |
| 94 | https://www.temu.com/doontb-m-634418216242202.html |
| 95 | https://www.temu.com/ljp-shop-m-634418216242848.html |
| 96 | https://www.temu.com/love-ctns-m-634418216242256.html |
| 97 | https://www.temu.com/ph/lucky-decorate-sign-m-634418216538232.html |
| 98 | https://www.temu.com/online-shopy-m-634418216291097.html |
| 99 | https://www.temu.com/toohot-m-634418213321279.html |
| 100 | https://www.temu.com/-case-m-634418213079570.html |
| 101 | https://babysleepbetter.com |
| 102 | https://www.cosplayclan.com |
| 103 | https://diecasttoyzsg.com |
| 104 | https://seakoff.com |
| 105 | https://the-actionfaction.com |
| 106 | https://www.thesouledhuman.com |