# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

TV TOKYO CORPORATION,

**PLAINTIFF**

V.                                              CIVIAL ACTION NO.:
                                                1:25-cv-05625-AT

A LOT MALL, AKIBAMARKET, ANIBIU, ANIME HOUSE, ANIME STREET STYLE, ANIMECOSBOX, ANIMEDWARF, ANIMEE COSPLAY, ANIMEFWIW, ANIMESTICKERY, CIRCUMTOY, COODEALS, COSGAGET.COM, COSPLAY SHOP, COSPLAYNOW, COSPLAYWHO.COM, COSWIGSHOP, CRAZYMONK, CRYPTIZEN, CUSTOMIZATION TREND, CUSTOMSPIG, DAMBIE THE ANIME SHOP, DASHIKI TREND, DOVESTYLISH, DRAGON BALL STORE, EZOVOZE, FANDOMANIAX, FINALKEYSTUDIO, FOX ECOMMERCE, FOXTUME, FRAOOP, FUNKYTSHIRT, FYLZGO SIGNS, GL CANVAS PRINT ART, GO2COSPLAY, HALLOWITCHCOSTUMES, HANDDEALS, HBMC, HHOODIE, ILOGO, ITACHI SHOP, KAIOLAND, LILOTEE, LUSYSTORE, MAGIC WARDROBES, MICCOSTUMES, OEPPEO, OVA VENTURE, POPGOODZ, PUPPY PRINTY, REDRAVENSTORE, RIZZ COSTUMES, ROCKARD HOME, ROLECOSPLAY, SANYMUCOS.COM, SHEINCOSPLAY, SHERATEEN,

SIRIUSFIGURE, SOCKATIVE, SPEEDCOSPLAY, SPICEUPSTUDIO, SUPREME RABBIT, TAG BREAKER, TEASHIRTHUT, TEEINBOX, THE TODDLER KIDS, THEGIFTIO, TIKTOKCOSPLAY, TOPWEAR, TSHIRTSOPEDIA, URBAN WILD STORE, WEXHOME, WINKCOSPLAY, WONDERLANDCASE, YCOSPLAY, YESWEFOLLOW, YIYISTORIES, ZENTAIHERO, ZUIHANG SHOP, DARK STAR ONE, GUQIQI, MAGICAL.SHOP, RAREWAVES-IMPORTS, UNIQUEPLACE-USA, BAIYIBAO, IFUSION, JINYUNTENGSHANGMAO, KDCHAOW, KIONALDA CO. LTD, NICE MAKET FOR YOU, SOPLAY CO. LTD, CARTOON DREAM HOUSE, CARTOON FUN CLUB, DOONTB, LJP SHOP, LOVE CTNS, LUCKY DECORATE SIGN, ONLINE SHOPY, TOOHOT, WJL CASE, BABYSLEEPBETTER, COSPLAY CLANS, DIECAST TOYZ SG, SEAKOFF, THE-ACTIONFACTION, and THESOULEDHUMAN,

**DEFENDANTS**

---

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served upon Plaintiff's Counsel of Record, the forgoing, **"DEFENDANT" KAIOLAND'S REPLY IN SUPPORT OF MOTION TO DISMISS**, via this Court's CM/ECF system.

Respectfully submitted this 2nd day of January, 2026.

        **Luxwell Law**

*/s/ Jerome Lucas Newell*
**Jerome Lucas Newell, Esq.**
Georgia Bar No. 429837
Counsel for "Defendant" KAIOLAND

2310 Parklake Drive Suite 440
Atlanta, GA 30345
JeromeLucasNewell@LuxwellLaw.com
(470) 707-7020