IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TV TOKYO CORPORATION,

    Plaintiff,

v.

A LOT MALL et. al.,                   Case No. 1:25-cv-05625-LMM

    Defendants.

_____/

**ORDER GRANTING DEFENDANT HHOODIE'S MOTION FOR LEAVE TO FILE ANSWER OUT OF TIME**

THIS CAUSE came before the Court on Defendant Hhoodie's Motion for Leave to File Answer Out of Time (the "Motion"). The Court has considered the Motion, notes that Plaintiff has no objection to the relief requested, and finds that Defendant has demonstrated excusable neglect for failing to timely respond to the Complaint.

Accordingly, it is hereby ORDERED AND ADJUDGED that:

1. Defendant Hhoodie's Motion for Leave to File Answer Out of Time is GRANTED.

2. Defendant Hhoodie shall file its Answer or otherwise respond to the Complaint within fourteen (14) days of the date of this Order.

3. All other provisions of prior orders in this case remain in full force and effect as to Defendant Hhoodie unless expressly modified herein.

IT IS SO ORDERED
Signed this 5th day of January, 2026.

_____
Honorable Leigh Martin May
United States District Judge