IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Case No. 1:25-cv-05625-LMM

TV TOKYO CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

Defendants.
_____/

DECLARATION IN SUPPORT OF
DEFENDANT HHOODIE'S MOTION TO DISMISS

I, _Pengfei Zhou_, declare as follows:

1. I am over the age of 18 and competent to make this declaration. I make this declaration based on my own personal knowledge, and if called as a witness, I could and would testify competently to the matters stated herein.

2. I am the authorized representative of Defendant Hhoodie, identified on Schedule "A" to the Complaint in this action.

3. Defendant Hhoodie is business entity located China. My/our principal place of business, servers (if any), inventory, and all operations are in China.

4. Defendant Hhoodie has no physical presence in the State of Georgia or the United States. We do not maintain any offices, employees, agents, warehouses, bank accounts, telephone numbers, or property in Georgia or the United States.

5. Defendant Hhoodie operates an online store/platform. The website/store is interactive in that it allows users to browse products, inquire, and place orders, but it is not specifically directed or targeted at Georgia residents.

6. Defendant Hhoodie has never purposefully advertised, marketed, or solicited business from residents of the State of Georgia. We have not engaged in any Georgia-specific promotions, used geo-targeted ads for Georgia, or directed any communications (e.g., emails, messages) specifically to Georgia users.

7. To the best of my knowledge after reasonable inquiry (including review of sales records, platform analytics, shipping logs, and transaction histories from [date range, e.g., inception through the present]), Defendant Hhoodie has made zero (0) sales of any products to customers located in the State of Georgia. No shipments have ever been made to addresses in Georgia.

8. Defendant Hhoodie has derived no revenue from the State of Georgia and has no ongoing or regular business relationships with any Georgia residents or entities.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 9, 2026 in China.

Declarant: _Pengfei Zhou_ (signature)
Print Name: Pengfei Zhou