IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANAGRAM INTERNATIONAL, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>ADEYOO STORE *et al.*,<br><br>  Defendants. | Civil Action No. 25-cv-5625-LMM |

# ORDER

This case comes before the Court on Plaintiff's Consent Motion for Extension of Time to extend the time within which Plaintiff can respond to Defendant Hhoodie's Motion to Dismiss [Doc. 46] by thirty days.

For good cause shown, it is hereby ORDERED that Plaintiff's Consent Motion to Extend Time is GRANTED. Plaintiff shall have until February 22, 2026 to file a response to Defendant Hhoodie's Motion to Dismiss [Doc. 46].

IT IS SO ORDERED this 21st day of January, 2026.

_____
Honorable Leigh Martin May
United States District Judge