## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

TV TOKYO CORP.,

        Plaintiff,

v.

A LOT MALL et al.,

        Defendants.

Civil Action No. 25-cv-5625-LMM

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

TV Tokyo Corporation ("Plaintiff"), pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, hereby respectfully moves for a default judgment as to the Defendants who have been served with process but have failed to reply to the Complaint.

Based on the admissions-by-default of the factual allegations in the Complaint, Plaintiff seeks a default judgment (1) holding Defendants jointly and severally liable for copyright and trademark infringement as alleged in the Complaint, (2) finding the infringement was willful, (3) awarding statutory damages of $50,000 per defaulting defendant for copyright infringement; (4) awarding statutory damages of $100,000 per defaulting defendant for trademark infringement; and (4) issuing a permanent injunction.

1

In support of this Motion, Plaintiff submits the accompanying Memorandum of Law. A Proposed Judgment is also attached for the Court's convenience.

Dated: January 23, 2026                    Respectfully submitted,

_/s/ David M. Lilenfeld_
David M. Lilenfeld
Georgia Bar No. 45399
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (917) 858-8018
Email: david@whitewoodlaw.com

*Counsel for Plaintiff*

Abby Neu, *pro hac vice*
Ryan E. Carreon, *pro hac vice*
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (872) 294-3263
Email: aneu@whitewoodlaw.com

*Counsel for Plaintiff*