# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TV TOKYO CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>A LOT MALL, et al.,<br><br>    Defendants. | Civil Action No. 25-cv-5625-LMM |

## JOINT STIPULATION TO DISMISS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff TV Tokyo Corporation ("Plaintiff") and Defendant Hhoodie (Def. #39) ("Defendant") hereby stipulate to the dismissal with prejudice of all claims asserted by Plaintiff against this Defendant in this lawsuit, and all claims asserted by Defendant against Plaintiff in this lawsuit, with each party to bear its own attorneys' fees, costs, and expenses. In view of this dismissal, the parties further request that the Court deny as moot all pending motions with respect to Defendant.

| | |
|---|---|
| Date: February 23, 2026 | Respectfully submitted, |
| _/s/ Abby M. Neu_<br>Abby M. Neu<br>Georgia Bar No. 45299<br>**WHITEWOOD LAW PLLC**<br>5555 Glenridge Connector, Suite 200<br>Atlanta, GA 30342<br>Telephone: (872) 294-3263<br>Email: aneu@whitewoodlaw.com<br><br>_Counsel for Plaitiff_ | _/s/ Abena K. Abayomi-Rogers_<br>Abena K. Abayomi-Rogers<br>Georgia Bar No. 315161<br>**ICEE Law, LLC**<br>1445 Woodmont Ln, NW<br>Suite 3362<br>Atlanta, GA 30318<br>Tel. (470) 574-0529<br>Email:  CourtComms@ICEELaw.com<br><br>_Counsel for Defendant_ |